```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0060--CV (JWS)
              "ALLSTATE INSURANCE CO V CAROLINE PROSSER"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/25/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance
                    DECLARATORY JUDGMENT
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 03/25/05 receipt # 00125337
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | ALLSTATE INSURANCE CO | Barry J. Kell<br>Call Hanson et al<br>250 H Street<br>Anchorage, AK 99501-2112<br>907-258-8864<br>FAX 907-258-8865 |
| DEF 1.1 | PROSSER, CAROLINE | William L. Choquette<br>Choquette & Farleigh<br>629 L Street, Suite 101<br>Anchorage, AK 99501<br>907-274-4626<br>FAX 907-274-9819 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0060--CV (JWS)
                        "ALLSTATE INSURANCE CO V CAROLINE PROSSER"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/25/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance
                    DECLARATORY JUDGMENT
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 03/25/05 receipt # 00125337
          Trial by: Jury


Document #   Filed     Docket text

     1 -  1  03/25/05  Complaint filed; Summons issued.

     2 -  1  04/06/05  PLF 1 Return of Service Executed re: DEF 1 on 4/2/05.

     3 -  1  04/21/05  DEF 1 Answer and Counterclaim.

     4 -  1  04/22/05  DEF 1 Attorney Appearance of W. Choquette.

     5 -  1  04/22/05  DEF 1 Jury Demand.

     6 -  1  05/09/05  PLF 1 Answer to Counterclaim.

     7 -  1  05/11/05  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

     8 -  1  06/03/05  PLF 1; DEF 1 Scheduling & Planning Conference Report.

     9 -  1  07/19/05  JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                       8/26/05; Dispositive mots ddln 09/26/05; 3 day TBJ estimate. cc: cnsl

    10 -  1  07/22/05  PLF 1; DEF 1 Joint motion (request) for clarification regarding S&P
                       order.

    11 -  1  07/26/05  JWS Minute Order granting joint mot (req) for clarification regarding
                       S&P ord (10-1); S&P ord modified; parties may need to submit updated
                       planning rpt depending on outcome of mot practice. cc: cnsl

    12 -  1  08/12/05  DEF 1 Witness List.

    13 -  1  08/15/05  PLF 1 Witness List.

    14 -  1  09/21/05  Stipulation for ext of time until 10/7/05 to file dispositive mots &
                       mots in limine.

    15 -  1  09/26/05  RRB Order approving stip for ext of time until 10/7/05 to file
                       dispositive mots (14-1). cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0060--CV (JWS)
                        "ALLSTATE INSURANCE CO V CAROLINE PROSSER"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/07/05 | DEF 1 motion for summary judgment w/att memo & exhs. |
| 17 - 1 | 10/07/05 | PLF 1 motion for summary judgment w/att memo & exhs. |
| 18 - 1 | 10/11/05 | PLF 1 Supplement re: PLF 1 motion for summary judgment (17-1) w/att exh. |
| 19 - 1 | 10/24/05 | DEF 1 opposition to PLF 1 motion for summary judgment (17-1). |
| 20 - 1 | 10/25/05 | PLF 1 opposition to DEF 1 motion for summary judgment (16-1). |
| 21 - 1 | 11/01/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 22 - 1 | 11/01/05 | PLF 1 reply to opposition to PLF 1 motion for summary judgment (17-1). |
| 23 - 1 | 11/01/05 | PLF 1 Request for Oral Argument re: DEF 1 motion for summary judgment (16-1), PLF 1 motion for summary judgment (17-1). |
| 24 - 1 | 11/03/05 | PLF 1; DEF 1 Response to Order re: certification of readiness for trial. |
| 25 - 1 | 11/03/05 | DEF 1 reply to opposition to DEF 1 motion for summary judgment (16-1). |
| 26 - 1 | 11/07/05 | JWS Minute Order the court concurs with the parties recommendation at dkt 24.  Instead, the court and parties will assess the situation after the court rules on the out standing mots for sj.  cc: cnsl |