MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*ALLSTATE INSURANCE CO.*   v.   *CAROLINE PROSSER*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 3:05-cv-00060-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**             Date: February 8, 2006

The court will hear oral argument on the cross motions for summary judgment at dockets 16 and 17 at **9:00 AM** on **February 14, 2006**, in Courtroom 3. Each side will be limited to 15 minutes.