## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*ALLSTATE INSURANCE CO.*      v.   *CAROLINE PROSSER*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:05-cv-00060-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  March 28, 2006

---

        The court has reviewed the joint response at docket 31.  Based thereon, the court concludes that a full scheduling and planning order is needed for the continued pre-trial development of this case.  Counsel shall promptly confer and then on or before **April 21, 2006**, file a joint report sufficient to allow the court to set the customary pre-trial milestones as contemplated by FED. R. CIV. P. 16(b) and 26(f).

_____