Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY,   )
                              )
          Plaintiff,          )
                              )
vs.                           )
                              )
CAROLINE PROSSER,             )
                              )
          Defendant.          )
_____) Case No. A05-060-CI (JWS)

**SECOND SCHEDULING & PLANNING
CONFERENCE REPORT**

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on April 21, 2006 and was attended by:

    Barry J. Kell           Attorney for plaintiff
                            Allstate Insurance Company

    William L. Choquette    Attorney for defendant
                            Caroline Prosser

The parties recommend the following:

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Second Scheduling & Planning Conference Report
Page 1

2. **Pre-Discovery Disclosures**. Any additional information required by F.R.Civ.P. 26(a)(1):

   **X**  Will be exchanged by the parties by **May 1, 2006**.

   Proposed changes to disclosure requirements: (Insert proposed changes, if any):  None  .

   **X**  Preliminary witness lists will be exchanged by the parties by **May 15, 2006**.

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Causation and extent of defendant's injuries incurred relative to that portion of her claim that is within the Allstate underinsured motorist coverage pursuant to the court's order on the parties' summary judgment motions.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

   A.   Discovery will be needed on the following issues:

Causation and extent of defendant's injuries and her damages related to those injuries.

   B.   Discovery as described above commenced in time to be completed by **October 15, 2006** ("discovery close date").

   C.   Limitations on Discovery.

      1.   Interrogatories:
          **X**   No change from F.R.Civ.P. 33(a).

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

   2. Requests for Admissions:
      **X**  No change from F.R.Civ.P. 36(a).

   3. Depositions.
      **X**  No change from F.R.Civ.P. 36(a), (d).

D. Reports from retained experts.

   ___ Not later than 90-days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

   1. Reports due from plaintiff: **September 8, 2006**
   2. Reports due from defendant: **September 8, 2006**

E. Supplementation of disclosures and discovery responses are to be made:

   **X**  Periodically at **30**-day intervals from the entry of scheduling and planning order.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   **X**  **30** days prior to the close of discovery.

5. **Pretrial Motions.**

   **X**  No change from D.Ak. LR 16.1(c).

6. **Other Provisions.**

   A. **X**  The parties do not request a conference with the court before the entry of the scheduling order.

   B. ___ The parties will file a request for alternative dispute resolution not later than _____.

      ___ Mediation and/or Early Neutral Evaluation

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Second Scheduling & Planning Conference Report
Page 3

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

      C.     The parties do **not** consent to a trial before a magistrate judge.

      D.     Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1:

          **X**    All parties have complied.

7. **Trial**.

      A.     The matter will be ready for trial:

          **X**    45 days after the discovery close date.

      B.     This matter is expected to take how many days to try:

           2   days for plaintiff
           2   days for defendant

      C.     Jury Demanded:  **Yes** .

          Right to jury trial disputed: **No** .

CALL, HANSON & KELL, P.C.,
Attorneys for plaintiff Allstate

DATED: 4/21/06    By: _____
                                   Barry J. Kell
                                   Ak Bar No. 8611120

CHOQUETTE & FARLEIGH, LLC,
Attorneys for defendant Prosser

DATED: 4/21/06    By: _____
                                   William L. Choquette
                                   Ak Bar No. 7410066
                                   per telephonic authorization

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Schedule & Plan Report (2nd).doc

*Sidebar:* CALL, HANSON & KELL, P.C. / 250 H. Street / Anchorage, Alaska 99501-2112 / Phone (907) 258-8864 • Fax (907) 258-8865