Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY, )
)
        Plaintiff, )
)
vs. )
)
CAROLINE PROSSER, )
)
        Defendant. )
_____ ) Case No. A05-060-CI (JWS)

**NOTICE OF FILING CORRECTED STIPULATION TO EXTEND DEADLINE FOR CLOSE OF DISCOVERY**

COMES NOW plaintiff Allstate Insurance Company, by and through Call, Hanson & Kell, P.C. and, pursuant to the court's Notice of Electronic Filing dated October 13, 2006, hereby resubmits for filing the attached Stipulation to Extend Deadline for Close of Discovery with the corrected electronic signature blocks.

                                              CALL, HANSON & KELL, P.C.
                                              Attorneys for Plaintiff Allstate
                                              Insurance Company

Dated: October 16, 2006                  s/Barry J. Kell
                                              250 H Street
                                              Anchorage, AK 99501
                                              Phone: (907) 258-8864
                                              Fax: (907) 258-8865
                                              E-mail: barry@chklaw.net
                                              ABA No. 8611120

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th day of October, 2006, a copy was served electronically on William Choquette.

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Stip to Extend Discovery.doc

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Notice of Filing
Page 2

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865