Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINE PROSSER, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-060-CI (JWS) |

**NOTICE OF FILING CORRECTED STIPULATION TO EXTEND DEADLINE FOR CLOSE OF DISCOVERY**

COMES NOW plaintiff Allstate Insurance Company, by and through Call, Hanson & Kell, P.C. and, pursuant to the court's Notice of Electronic Filing dated October 13, 2006, hereby resubmits for filing the attached Stipulation to Extend Deadline for Close of Discovery with the corrected electronic signature blocks.

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Notice of Filing
Page 1

                                CALL, HANSON & KELL, P.C.
                                Attorneys for Plaintiff Allstate
                                Insurance Company

Dated: October 16, 2006          s/Barry J. Kell
                                            250 H Street
                                            Anchorage, AK  99501
                                            Phone:  (907) 258-8864
                                            Fax: (907) 258-8865
                                            E-mail: barry@chklaw.net
                                            ABA No. 8611120

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th day of October, 2006, a copy was served electronically on William Choquette.

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Stip to Extend Discovery.doc

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Notice of Filing
Page 2

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865