Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
Email: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINE PROSSER, )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br>Case No. A05-060-CI (JWS) |

### ALLSTATE'S MOTION FOR SUMMARY JUDGMENT DISMISSING PROSSER'S PUNITIVE DAMAGES CLAIMS

Plaintiff Allstate Insurance Company ("Allstate"), through counsel Call, Hanson and Kell, P.C., pursuant to FRCP 56, hereby moves this court for an order granting summary judgment in its favor and against defendant Caroline Prosser ("Prosser"), dismissing with prejudice Prosser's punitive damages claims as alleged in her Counterclaim in this case.

This motion is supported by the accompanying memorandum and exhibits.

CALL, HANSON & KELL, P.C.,
Attorneys for plaintiff Allstate

DATED: 1/10/07          By: _____/S/_____
                            Barry J. Kell
                            Ak Bar No. 8611120

**CERTIFICATE OF SERVICE**

I certify that on this the 10th day of January, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

By:_____

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\MSJ re punitive damages.doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Allstate's Motion for Summary Judgment Dismissing Prosser's Punitive Damages Claims
Page 2