Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
Email: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff,                ) <br> ) <br> vs.                           ) <br> ) <br> CAROLINE PROSSER,         ) <br> ) <br> Defendant.             ) <br> ) Case No. A05-060 Ci. (JWS) | |

**ORDER GRANTING ALLSTATE'S MOTION FOR SUMMARY JUDGMENT DISMISSING PROSSER'S PUNITIVE DAMAGES CLAIMS**

This court having considered plaintiff Allstate Insurance Company's (hereinafter "Allstate") Motion for Summary Judgment Dismissing Prosser's Punitive Damages Claims dated January 10, 2007, any oppositions, replies, and other briefing with respect to, and the arguments of counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED that Allstate's motion is GRANTED in full. There is no genuine issue of material fact, and Allstate is entitled to summary judgment in its favor and against defendant Caroline Prosser

("Prosser"). Accordingly, this court holds that all claims for punitive damages asserted by Prosser against Allstate in this matter are dismissed with prejudice.

DATED:_____

_____
The Honorable John W. Sedwick
Chief Judge of the U.S. District Court
for the District of Alaska

**CERTIFICATE OF SERVICE**

I certify that on this the 10th day of January, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

By:_____

G:\00 CHK Law\Allstate\2101\005 Prosser\Pleadings\Order SJ punitive damages.doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865