William L. Choquette
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: (907) 274-4626
Facsimile: (907) 274-9819

Attorneys for Defendant Caroline Prosser

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY,    )
                                )    Case No. A05-0060 CV (JWS)
                Plaintiff,       )
                                )
vs.                             )
                                )    STIPULATION FOR EXTENSION OF TIME
CAROLINE PROSSER,               )    FOR DEFENDANT TO FILE OPPOSITION TO
                                )    MOTION FOR SUMMARY JUDGMENT
                Defendant.       )    DISMISSING  PROSSER'S  PUNITIVE
_____)    DAMAGES CLAIM

_____COME NOW the parties, by and through their respective counsel, who stipulate and

agree that defendant shall have until February 2, 2007 within which to file an Opposition to Motion for

Summary Judgment Dismissing Prosser's Punitive Damages Claim filed by plaintiff.

                                    CALL, HANSON & KELL, P.C.
                                    Attorneys for Allstate Insurance Co.

DATED: January 24, 2007            By___/s/ Barry J. Kell_____
                                        Barry J. Kell
                                        ABA No. 8611120
                                        Call, Hanson & Kell, P.C.
                                        250 H Street
                                        Anchorage, Alaska 99501
                                        Telephone: (907) 258-8864
                                        Telefax: (907) 258-8865

1

                      CHOQUETTE & FARLEIGH, LLC
                      Attorneys for Defendant

2

3    DATED: January 24, 2007       By   /s/ William L. Choquette

                                William L. Choquette
4                                  ABA No. 7410066
                              Choquette & Farleigh, LLC
5                                  629 L Street, Suite 101
                              Anchorage, Alaska 99501
6                                  Telephone: (907) 274-4626
                              Telefax: (907) 274-9819

7

8    This is to certify that a copy of the foregoing
    document was served electronically on
9    Barry Kell on January 24, 2007.

10

   /s/ William L. Choquette
11   William L. Choquette

12

13

14

15

16

17

18

19

20

21

22

23

24

25
    *Allstate Insurance Co. v. Prosser,* Case No. A05-060 CV (JWS)
    Stipulation for Extension of Time for Defendant to File Opposition to Motion
    for Summary Judgment Dismissing Prosser's Punitive Damages Claim - Page 2