William L. Choquette
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: (907) 274-4626
Facsimile: (907) 274-9819

Attorneys for Defendant Caroline Prosser

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | Case No. A05-0060 CV (JWS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING STIPULATION FOR |
| ) | EXTENSION OF TIME FOR DEFENDANT TO |
| CAROLINE PROSSER, ) | FILE OPPOSITION TO MOTION FOR SUMMARY |
| ) | JUDGMENT DISMISSING PROSSER'S PUNITIVE |
| Defendant. ) | DAMAGES CLAIM |
| _____) | |

Upon consideration of the Stipulation for Extension of Time for Defendant to File Opposition to Motion for Summary Judgement Dismissing Prosser's Punitive Damages Claim, and for good cause,

IT IS ORDERED, that the time for the Defendant Caroline Prosser to file an opposition to plaintiff's Motion for Summary Judgment to Dismiss Prosser's Punitive Damages Claim is hereby extended to February 2, 2007.

DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2007.

_____
Hon. John W. Sedwick
U.S. District Court Judge

This is to certify that a copy of the foregoing document was served electronically on Barry Kell on January 24, 2007.

/s/ William L. Choquette
William L. Choquette