William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: (907) 274-4626
Telefax:     (907) 274-9819

Attorneys for Defendant Caroline Prosser

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROLINE PROSSER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-060 CI (CV) |

MOTION FOR SUMMARY JUDGMENT ON PUNITIVE DAMAGES

COMES NOW the defendant, Caroline Prosser, by and through her attorneys, Choquette & Farleigh, LLC, and, pursuant to Fed. R. Civ. P. 56, moves this Court for an order of summary judgment as follows: (1) that Prosser is entitled to punitive damages as a matter of law because of the undisputed acts and conduct of her abductors; (2) that the UM coverage in the underlying policy does apply to those punitive damages, at least to the extent they arising from the jump or from the acts or conduct of Prosser's abductors which caused or contributed to Prosser's decision to jump; (3) that Prosser's claim for both compensatory and punitive damages arising from the jump necessarily includes damages arising from those acts or conduct of Prosser's abductors which led or contributed to Prosser's decision to jump.

This Motion is supported by the Memorandum of even date herewith. This Motion is brought on the basis that there is no genuine issue of material fact and defendant is entitled to judgment as a matter of law.

1   DATED at Anchorage, Alaska, January 25, 2007.

2

3                                              CHOQUETTE & FARLEIGH, LLC
                                               Attorneys for Defendant Caroline Prosser

4

5                                              By \s\ William L. Choquette
                                                  William L. Choquette
6                                                 ABA No. 7410066
                                                  Choquette & Farleigh, LLC
7                                                 629 L Street, Suite 101
                                                  Anchorage, Alaska 99501
8                                                 Telephone: (907) 274-4626
                                                  Telefax: (907) 274-9819

9
   This is to certify that a copy of the foregoing
10 document was electronically served on
   January 25, 2007 on Barry J. Kell.
11
   \s\ William L. Choquette
12 William L. Choquette

13

14

15

16

17

18

19

20

21

22

23

24

25

*Allstate Insurance Company v. Caroline Prosser,* Case No. A05-060 CI (JWS)
Motion for Summary Judgment on Punitive Damages- Page 2