Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
Email: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLINE PROSSER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-060-CI (JWS) |

### ALLSTATE'S MOTION TO FILE CONSOLIDATED REPLY AND OPPOSITION RE THE PARTIES' SUMMARY JUDGMENT MOTIONS ON PUNITIVE DAMAGES CLAIMS

Plaintiff Allstate Insurance Company ("Allstate"), through counsel Call, Hanson and Kell, P.C., hereby moves this court for an order permitting it to file a consolidated Reply and Opposition regarding its Motion for Summary Judgment Dismissing Prosser's Punitive Damages Claims, dated January 10, 2007, and Prosser's Motion for Summary Judgment on Punitive Damages, dated January 25, 2007. Because the two motions deal with

essentially the same subject matter, it makes sense for Allstate to present its Reply and Opposition in a single pleading.

    Allstate's Opposition to Prosser's motion is due on February 12, 2007. Allstate requests that it be permitted to file its consolidated Reply and Opposition no later than that date.

    Counsel for Allstate has conferred with counsel for Prosser, and Prosser does not oppose Allstate's request.

                      CALL, HANSON & KELL, P.C.
                        Attorneys for Plaintiff
                        Allstate Insurance Company

Dated: February 1, 2007        s/Barry J. Kell
                        250 H Street
                        Anchorage, AK 99501
                        Phone: (907) 258-8864
                        Fax: (907) 258-8865
                        E-mail: barry@chklaw.net
                        ABA No. 8611120

**CERTIFICATE OF SERVICE**

I certify that on this the 1st day of February, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Mtn re MSJ Reply & Opp.doc

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Allstate's Motion to File Consolidated Reply and Opposition re Summary Judgment Motions
Page 2

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865