Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
Email: barry@chklaw.net

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROLINE PROSSER, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-060 Ci. (JWS) |

### ORDER GRANTING ALLSTATE'S MOTION TO FILE CONSOLIDATED REPLY AND OPPOSITION RE THE PARTIES' SUMMARY JUDGMENT MOTIONS ON PUNITIVE DAMAGES CLAIMS

This court having considered plaintiff Allstate Insurance Company's

Motion to File Consolidated Reply and Opposition re the Parties Summary

Judgment Motions on Punitive Damages Claims dated February 1, 2007,

any oppositions, replies, and other briefing with respect to,

IT IS HEREBY ORDERED that Allstate's motion is GRANTED.  Allstate

shall file its consolidated Reply and Opposition no later than February 12,

2007.

*Allstate v. Prosser*
Case No. A05-060 CI (JWS)
Order Granting Allstate's Motion to File Consolidated Reply and Opposition re Summary
Judgment Motions
Page 1

DATED:_____                    _____
                                          The Honorable John W. Sedwick
                                          Chief Judge of the U.S. District Court
                                          for the District of Alaska

**CERTIFICATE OF SERVICE**

I certify that on this the 1st
day of February, 2007, a true
and correct copy of the foregoing
document, and attachments if
any, were served electronically upon
the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 Prosser\Pleadings\Order Mtn re Reply & Opp.doc

*Allstate v. Prosser*
Case No. A05-060 CI (JWS)
Order Granting Allstate's Motion to File Consolidated Reply and Opposition re Summary
Judgment Motions
Page 2

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865