Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
Email: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINE PROSSER, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-060-CI (JWS) |

### ALLSTATE'S REQUEST FOR ORAL ARGUMENT ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT RE PUNITIVE DAMAGES

Plaintiff Allstate Insurance Company, through counsel Call, Hanson and Kell, P.C., pursuant to D.Ak. LR 7.2(a), hereby requests that the court hear oral argument on the summary judgment motions regarding punitive damages filed by Allstate and defendant Caroline Prosser in this case.

CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff
Allstate Insurance Company

Dated: February 16, 2007

s/Barry J. Kell
250 H Street
Anchorage, AK  99501
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120

**CERTIFICATE OF SERVICE**

I certify that on this the 16th day of February, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Request for OA on punitives MSJs.doc

Sidebar: CALL, HANSON & KELL, P.C. | 250 H. Street | Anchorage, Alaska 99501-2112 | Phone (907) 258-8864 • Fax (907) 258-8865