MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ALLSTATE INSURANCE CO.   vs.   CAROLINE PROSSER

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO 3:05-CV-00060-JWS

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   BARRY KELL

               DEFENDANT:   WILLIAM CHOQUETTE

PROCEEDINGS: ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
(DKTS 43 & 48) HELD 4/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

Arguments heard re cross-motions for summary judgment (Dkts 43 & 48).

Plaintiff's Motion for Summary Judgment Dismissing Prosser's Punitive Damages Claims (Dkt 43); **DENIED.**

Defendant's Motion for Summary Judgment on Punitive Damages (Dkt 48); **GRANTED.**

Parties to submit proposed trial dates by **May 1, 2007.**

At 8:49 a.m. court adjourned.

DATE:   April 20, 2007     DEPUTY CLERK'S INITIALS:   SCL