Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
CAROLINE PROSSER,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)
_____) Case No. A05-060-CI (JWS)

**JOINT LIST OF PROPOSED TRIAL DATES**

COMES NOW plaintiff Allstate Insurance Company and defendant Caroline Prosser, by and through their respective undersigned counsel, and hereby submit this joint list of potential trial dates in response to the court's Order dated April 20, 2007.

Weeks of September 17, 2007, and October 1, 2007. A jury has been demanded. The parties anticipate a six day trial.

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint List of Trial Dates
Page 1

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

<div style="float:left">**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865</div>

CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff
Allstate Insurance Company

Dated: May 1, 2007

s/ Barry J. Kell
250 H Street
Anchorage, AK 99501
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120

CHOQUETTE & FARLEIGH, LLC,
Attorneys for Defendant
Caroline Prosser

Dated: May 1, 2007

s/ William L. Choquette
629 L Street, Suite 101
Anchorage, AK 99501
Phone: (907) 274-4626
Fax: (907) 274-9819
E-mail: choquette@alaska.com
ABA No. 7410066

**CERTIFICATE OF SERVICE**

I certify that on this the 1st day of May, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

s/Barry J. Kell

G:\00 CHK Law\Allstate\2101\005 - Prosser\Pleadings\Joint List of Trial Dates.doc

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint List of Trial Dates
Page 2