# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*ALLSTATE INSURANCE CO.*    v.    *CAROLINE PROSSER*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-00060-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  July 30, 2007

---

    The court has belatedly reviewed the suggested trial dates in the notice at docket 61.  The court's criminal case docket is such that neither of the suggested dates is available.  The earliest date by which the court can presently schedule a six-day trial that would not likely conflict with previously set criminal trials is the week of December 3, 2007.

    The court requests counsel to evaluate December 3 as a possible trial date.  If that is unworkable, then the parties should suggest other dates later in December, or in January or February of 2008.  The court would appreciate receiving at least two suggested dates.  The court requests that the parties file a document entitled Joint Motion for Trial Date on or before August 20, 2007, which sets out their suggested trial dates.  By virtue of being called a motion, the document to be filed will be tracked in the ECF system making it very hard to overlook.  Unfortunately, the notice at docket 61 was not tracked and was overlooked until recently.

---