Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail: barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY, )
                              )
                Plaintiff,    )
                              )
vs.                           )
                              )
CAROLINE PROSSER,             )
                              )
                Defendant.    )
_____) Case No. A05-060-CI (JWS)

## JOINT MOTION FOR TRIAL DATE

COMES NOW plaintiff Allstate Insurance Company and defendant

Caroline Prosser, by and through their respective undersigned counsel, and

hereby submit this joint motion and list of potential trial dates in response

to the court's Order dated July 30, 2007.

Weeks of February 4, 2008, February 25, 2008, and March 3, 2008.

A jury has been demanded. The parties anticipate a six day trial.

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Motion for Trial Date
Page 1

CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff
Allstate Insurance Company


Dated: August 20, 2007

s/ Barry J. Kell
250 H Street
Anchorage, AK 99501
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120


CHOQUETTE & FARLEIGH, LLC,
Attorneys for Defendant
Caroline Prosser


Dated: August 20, 2007

s/ William L. Choquette
629 L Street, Suite 101
Anchorage, AK 99501
Phone: (907) 274-4626
Fax: (907) 274-9819
E-mail: choquette@alaska.com
ABA No. 7410066

**CERTIFICATE OF SERVICE**

I certify that on this the 20th
day of August, 2007, a true
and correct copy of the foregoing
document, and attachments if
any, were served electronically upon
the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

s/Barry J. Kell

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Motion for Trial Date
Page 2

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865