Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail:  barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINE PROSSER, )<br>)<br>    Defendant. )<br>_____ ) | Case No. A05-060-CI (JWS) |

### JOINT MOTION FOR SETTLEMENT CONFERENCE

COMES NOW plaintiff Allstate Insurance Company and defendant Caroline Prosser, by and through their respective undersigned counsel, and hereby move the court to appoint a settlement judge for purposes of scheduling and conducting a settlement conference in this case.

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Motion for Settlement Conference
Page 1

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

|  |  |
|---|---|
|  | CALL, HANSON & KELL, P.C.<br>Attorneys for Plaintiff<br>Allstate Insurance Company |
| Dated: October 1, 2007 | s/ Barry J. Kell<br>250 H Street<br>Anchorage, AK 99501<br>Phone: (907) 258-8864<br>Fax: (907) 258-8865<br>E-mail: barry@chklaw.net<br>ABA No. 8611120 |
|  | CHOQUETTE & FARLEIGH, LLC,<br>Attorneys for Defendant<br>Caroline Prosser |
| Dated: October 1, 2007 | s/ William L. Choquette<br>629 L Street, Suite 101<br>Anchorage, AK 99501<br>Phone: (907) 274-4626<br>Fax: (907) 274-9819<br>E-mail: choquette@alaska.com<br>ABA No. 7410066 |

**CERTIFICATE OF SERVICE**

I certify that on this the 1st day of October, 2007, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501

s/Barry J. Kell

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Motion for Settlement Conference
Page 2