UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY )<br>)<br>)<br>         Plaintiff,     )<br>)<br>v.                                  )<br>)<br>CAROLINE PROSSER          )<br>)<br>)<br>         Defendant.    )<br>_____) | Case No. 3:05-cv-0060-JWS<br><br>ORDER SCHEDULING<br>SETTLEMENT CONFERENCE |

IT IS ORDERED:

     1. THAT a settlement conference convene in chambers before the undersigned judge on Tuesday, December 11, 2007, at 2:00 p..m., at Anchorage.

     2. THAT at said conference counsel shall appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

     DATED at Anchorage, Alaska, this 30th day of October, 2007.

                                                                         /s/ Timothy M. Burgess
                                                                         TIMOTHY M. BURGESS
                                                                         UNITED STATES DISTRICT JUDGE