William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: (907) 274-4626
Telefax:     (907) 274-9819

Attorneys for Defendant Caroline Prosser

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY,   )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
CAROLINE PROSSER,             )
                              )
            Defendant.        )
_____) Case No. A05-060 CI (JWS)

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PLEADINGS AND SUBMIT EXHIBITS

Upon consideration of the Motion for Extension of Time to File Pleadings and Submit Exhibits filed by the defendant, Caroline Prosser, and non opposed by plaintiff Allstate Insurance Company, and for good cause, it is hereby

ORDERED that the Motion for Extension of Time to File Pleadings and Submit Exhibits is GRANTED.

IT IS FURTHER ORDERED that defendant's late filed Final Witness List is accepted;

IT IS FURTHER ORDERED that the parties' shall file the Joint Statement of Issues and Joint Statement of Uncontested Facts on or before January 31, 2008; mark, inspect and review with the clerk the exhibits on or before January 15, 2008; to file objections to the exhibits with objections on or before January 31, 2008; and permit the taking of the preservation depositions for

1  presentation at trial with deposition designations due on or before February 22, 2008.

2      DATED this ___ day of January, 2008.

5                                                   Hon. John W. Sedwick
                                                 U.S. District Court Judge

7  This is to certify that a copy of the foregoing document was electronically served on January 7, 2008 on Barry J. Kell.

9  \s\ William L. Choquette
William L. Choquette

*Allstate Insurance Company v. Caroline Prosser,* Case No. A05-060 CI (JWS)
Order Granting Motion for Extension of Time to File Pleadings and Submit Exhibits - Page 2 of 2