MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*ALLSTATE INSURANCE CO.*   v.   *CAROLINE PROSSER*

THE HONORABLE JOHN W. SEDWICK               CASE NO. 3:05-cv-00060-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 8, 2008

     The court has reviewed the motion at docket 71 and notes that, among other things, the current trial date conflicts with the schedules of certain witnesses which would appear to require the taking of videotape depositions.  As it happens, the current trial date is in jeopardy because of competing obligations on the court's calendar that would have priority over trial in this civil case.  Accordingly, the court desires to have a conference at which the parties and the court may be able to find a trial date that is consistent with the schedules of the witnesses (live testimony is superior to videotaped testimony) as well as the schedules of counsel and the court.  The court will convene a scheduling conference at **9:30 AM** on **January 11, 2008**, in Courtroom 3 at Anchorage.