```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

   ALLSTATE INSURANCE CO.      vs.      CAROLINE PROSSER

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:05-cv-00060-JWS

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:   PLAINTIFF: BARRY J. KELL

               DEFENDANT: RANDALL FARLEIGH

PROCEEDINGS: SCHEDULING CONFERENCE Held 1/11/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re possible trial dates.

Final Pretrial Conference set for **8:30 a.m. on August 4, 2008.**
Jury trial to begin at **9:00 a.m. on August 4, 2008.**

At 9:42 a.m. court adjourned.

DATE:   JANUARY 11, 2008      DEPUTY CLERK'S INITIALS:   LSC

Revised 6/18/07