Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail:  barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINE PROSSER, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-060-CI (JWS) |

**<u>JOINT STATUS REPORT</u>**

COMES NOW plaintiff Allstate Insurance Company and defendant Caroline Prosser, by and through their respective undersigned counsel, and hereby submit this joint status report.

The parties have been involved in settlement negotiations, and are optimistic that this case may be resolved through settlement.  The parties

request that the court allow them until March 31, 2008 to further report regarding the status of the case.

                                            CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff
Allstate Insurance Company

Dated: March 21, 2008                s/ Barry J. Kell
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120

CHOQUETTE & FARLEIGH, LLC,
Attorneys for Defendant
Caroline Prosser

Dated: March 21, 2008                s/ William L. Choquette
629 L Street, Suite 101
Anchorage, AK  99501
Phone:  (907) 274-4626
Fax: (907) 274-9819
E-mail: choquette@alaska.com
ABA No. 7410066

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Status Report
Page 2

**CERTIFICATE OF SERVICE**

I certify that on this the 21st day of March, 2008, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501

s/Barry J. Kell

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Status Report
Page 3