Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail:  barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>           Plaintiff,         )<br>)<br>vs.                                                   )<br>)<br>CAROLINE PROSSER,                  )<br>)<br>           Defendant.      )<br>_____) | Case No. A05-060-CI (JWS) |

## JOINT STATUS REPORT

COMES NOW plaintiff Allstate Insurance Company and defendant Caroline Prosser, by and through their respective undersigned counsel, and hereby submit this joint status report.

The parties reached a settlement of all claims in this case, and are in the process of completing a release.  The parties anticipate that dismissal

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Status Report
Page 1

paperwork should be filed within the next two weeks.

                CALL, HANSON & KELL, P.C.
                Attorneys for Plaintiff
                Allstate Insurance Company

Dated: April 1, 2008        s/ Barry J. Kell
                250 H Street
                Anchorage, AK  99501
                Phone:  (907) 258-8864
                Fax: (907) 258-8865
                E-mail: barry@chklaw.net
                ABA No. 8611120


                CHOQUETTE & FARLEIGH, LLC,
                Attorneys for Defendant
                Caroline Prosser

Dated: April 1, 2008        s/ William L. Choquette
                629 L Street, Suite 101
                Anchorage, AK  99501
                Phone:  (907) 274-4626
                Fax: (907) 274-9819
                E-mail: choquette@alaska.com
                ABA No. 7410066

**CERTIFICATE OF SERVICE**

I certify that on this the 1st day of April, 2008, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501

s/Barry J. Kell


*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Joint Status Report
Page 2

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865