Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8864
(907) 258-8865 (fax)
E-mail:  barry@chklaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,  )<br>                                          )<br>              Plaintiff,          )<br>                                          )<br>vs.                                    )<br>                                          )<br>CAROLINE PROSSER,         )<br>                                          )<br>              Defendant.       )<br>_____) | Case No. A05-060-CI (JWS) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW plaintiff Allstate Insurance Company and defendant Caroline Prosser, by and through their respective undersigned counsel, and hereby stipulate and agree that all claims of both parties may be and are dismissed with prejudice, with each party to bear its own costs and attorney fees.

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Stipulation for Dismissal With Prejudice
Page 1

|  |  |
|---|---|
|  | CALL, HANSON & KELL, P.C.<br>Attorneys for Plaintiff<br>Allstate Insurance Company |
| Dated: April 7, 2008 | s/ Barry J. Kell<br>250 H Street<br>Anchorage, AK  99501<br>Phone:  (907) 258-8864<br>Fax: (907) 258-8865<br>E-mail: barry@chklaw.net<br>ABA No. 8611120 |
|  | CHOQUETTE & FARLEIGH, LLC,<br>Attorneys for Defendant<br>Caroline Prosser |
| Dated: April 7, 2008 | s/ William L. Choquette<br>629 L Street, Suite 101<br>Anchorage, AK  99501<br>Phone:  (907) 274-4626<br>Fax: (907) 274-9819<br>E-mail: choquette@alaska.com<br>ABA No. 7410066 |

**CERTIFICATE OF SERVICE**

I certify that on this the 7th day of April, 2008, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

William L. Choquette, Esq.
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501

s/Barry J. Kell

*Allstate v. Prosser*
Case No. A05-060 Ci. (JWS)
Stipulation for Dismissal With Prejudice
Page 2